```
                                                    FILED
                                                   NOV 0 9 2011
                                              CLERK, U.S. DISTRICT COURT
                                              EASTERN DISTRICT OF CALIFORNIA
                                              BY_____
                                                      DEPUTY CLERK
```

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) NO. 1:11-cr-376 LJO |
| Plaintiff, | ) ORDER UNSEALING THE INDICTMENT |
| v. | ) |
| ERNESTO SALGADO-GUZMAN, ET AL. | ) |
| Defendants. | ) |

The indictment and order in this case having been sealed by this Court on November 3, 2011, and it appearing that they no longer need to remain secret,

IT IS HEREBY ORDERED that the indictment and order be unsealed and made public record.

DATED: 11/9/11                    _____
                                  United States Magistrate Judge