| | |
|---|---|
| 1 | BENJAMIN B. WAGNER |
| | United States Attorney |
| 2 | KIMBERLY A. SANCHEZ |
| | Assistant U.S. Attorney |
| 3 | 2500 Tulare Street, Suite 4401 |
| | Fresno, CA 93721 |
| 4 | Telephone: (559)497-4000 |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 1:11-CR-00376 LJO |
| | ) | |
| Plaintiff, | ) | STIPULATION AND |
| | ) | ORDER FOR CONTINUANCE OF STATUS |
| v. | ) | CONFERENCE |
| | ) | |
| ZEFERINA SALGADO GUZMAN DE CORTEZ, | ) | |
| VICTORINO EPIFANIO BAZANTE PACHECO, and | ) | |
| FLORENCIO MORALES-SOLANO, | ) | |
| Defendants. | | |

IT IS HEREBY STIPULATED and requested by and between Benjamin B. Wagner, United States Attorney and Kimberly A. Sanchez, Assistant U.S. Attorney and Rudy Banuelos, attorney for Zeferina Salgado Guzman de Cortez; Roger Litman, attorney for Victorino Epifanio Bazante Pacheco; and H. Ty Kharazi, attorney for Florencio Morales-Solano that the status conference set for January 23, 2012 be continued to April 2, 2012. The parties further stipulate and request that the Court set March 26, 2012 as the due date for the Government's response to defendants Zeferina Salgado Guzman de Cortez's and Florencio Morales-Solano's motions for discovery. The government has provided additional discovery after the filing of the defendants'

1

motions, and the parties have agreed to further review the discovery provided to determine what outstanding discovery issues exist and to discuss proposed resolutions to the cases. The parties need additional time to accomplish those goals. Additionally, the parties have communicated with respect to a date that all counsel are available to appear in Court, and the earliest possible date is April 2, 2012. The parties further request the Court to enter an Order finding that the "ends of justice" served by a continuance outweigh the interest of the public and the defendant in a speedy trial, and that the delay occasioned by such continuance is excluded from the Act's time limits pursuant to 18 U.S.C. § 3161(h)(8)(A).

Dated: January 19, 2012    Respectfully submitted,

BENJAMIN B. WAGNER
United States Attorney

By   /s/ Kimberly A. Sanchez
KIMBERLY A. SANCHEZ
Assistant U.S. Attorney

Dated: January 19, 2012    /s/ Rudy Banuelos
RUDY BANUELOS
Attorney for Zeferina Salgado
Guzman de Cortez

Dated: January 19, 2012    /s/ Roger Litman
ROGER LITMAN
Attorney for Victorino Epifanio
Bazante Pacheco

Dated: January 19, 2012    /s/ H. Ty Kharazi
H. TY KHARAZI
Attorney for Florencio Morales-Solano

Good cause exists. Time is excluded.

IT IS SO ORDERED.

**Dated:   January 19, 2012**          /s/ Lawrence J. O'Neill
UNITED STATES DISTRICT JUDGE

2