1  BENJAMIN B. WAGNER
   United States Attorney
2  KIMBERLY A. SANCHEZ
   Assistant U.S. Attorney
3  2500 Tulare Street, Suite 4401
   Fresno, CA 93721
4  Telephone: (559)497-4000

5

6

7

8              IN THE UNITED STATES DISTRICT COURT

9            FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,        )  CASE NO. 1:11-CR-00376WI-DLB
                                     )
12               Plaintiff,          )  STIPULATION AND
                                     )  ORDER FOR CONTINUANCE OF STATUS
13  v.                               )  CONFERENCE
                                     )
14  ERNESTO SALGADO-GUZMAN,          )
    DEMETRIO CORTEZ-SALGADO,         )
15  ZEFERINA SALGADO GUZMAN DE       )
    CORTEZ,                          )
16  VICTORINO EPIFANIO BAZANTE       )
    PACHECO, and
17  FLORENCIO MORALES-SOLANO,

18  _____Defendants._____

19       IT IS HEREBY STIPULATED by and between Benjamin B. Wagner,

20  United States Attorney and Kimberly A. Sanchez, Assistant U.S.

21  Attorney and Yan Shrayberman, attorney for Ernesto Salgado-Guzman,

22  Mark Coleman, attorney for Demetrio Cortez-Salgado, Roger Bonakdar,

23  attorney for Zeferina Salgado Guzman de Cortez, Roger Litman,

24  attorney for Victorino Epifanio Bazante Pacheco, and Hadi Ty Kharazi,

25  attorney for Florencio Morales-Solano, that the status conference set

26  for May 14, 2012 at 1:00 pm be continued to June 11, 2012 at 1:00 pm.

27  The undersigned Assistant U.S. Attorney has a family crisis for which

28  she needs to travel out of state and will not be available on May 14,

                                1

1  2012, and the parties believe that additional time will be necessary

2  to engage in further plea negotiation discussions.  The parties

3  further request the Court to enter an Order finding that the "ends of

4  justice" served by a continuance outweigh the interest of the public

5  and the defendant in a speedy trial, and that the delay occasioned by

6  such continuance is excluded from the Act's time limits pursuant to

7  18 U.S.C. § 3161(h)(7)(A).

8
   Dated: May 7, 2012                    Respectfully submitted,
9
                                         BENJAMIN B. WAGNER
10                                       United States Attorney

11
                                   By    /s/ Kimberly A. Sanchez
12                                       KIMBERLY A. SANCHEZ
                                         Assistant U.S. Attorney
13
   Dated: May 7, 2012                    /s/ Yan Shrayberman
14                                       YAN SHRAYBERMAN
                                         Attorney for Ernesto Salgado-
15                                       Guzman

16 Dated: May 7, 2012                    /s/ Mark Coleman
                                         MARK COLEMAN
17                                       Attorney for Demetrio Cortez-
                                         Salgado
18
   Dated: May 7, 2012                    /s/ Roger Bonakdar
19                                       ROGER BONAKDAR
                                         Attorney for Zeferina Salgado
20                                       Guzman de Cortez

21 Dated: May 7, 2012                    /s/ Roger Litman
                                         ROGER LITMAN
22                                       Attorney for Victorino Bazante
                                         Pacheco
23
   Dated: May 7, 2012                    /s/ Hadi Ty Kharazi
24                                       HADI TY KHARAZI
                                         Attorney for Florencio Morales-
25                                       Solano

26    For the reasons set forth above, the continuance requested by

27 the parties is granted for good cause and time is excluded under the

28 Speedy Trial Act from May14, 2012 to, and including, June 11, 2012,

based upon the Court's finding that the ends of justice outweigh the public's and the defendant's interest in a speedy trial. 19 U.S.C. § 3161(h)(7)(A).

IT IS SO ORDERED.

Dated: __May 10, 2012__                    _____/s/ Dennis L. Beck_____
                                           UNITED STATES MAGISTRATE JUDGE