1   ROGER K. LITMAN, 57634
    Attorney at Law
2   Civic Center Square
    2300 Tulare Street, Suite 230
3   Fresno, California 93721
    Telephone: (559) 237-6000
4
    Attorney for Defendant, VICTORIANO PACHECO
5

6                   IN THE UNITED STATES DISTRICT COURT FOR THE
7
                          EASTERN DISTRICT OF CALIFORNIA
8

9   UNITED STATES OF AMERICA,        )   CASE NO.  1:11-CR-00376 DLB
10                                    )
           Plaintiff,                 )
11                                    )   **STIPULATION AND**
           v.                         )   **ORDER TO CONTINUE**
12                                    )   **STATUS CONFERENCE**
    VICTORIANO PACHECO,               )
13                                    )
           Defendant.                 )
14  _____  )

15         The parties hereto, by and through their respective attorneys, stipulate and

16  agree that the status conference in the instant action, currently calendared for

17  June 11, 2012, be continued to July 23, 2012 at 1:00 p.m. in the courtroom of

18  the Hon. Dennis L. Beck.

19         It is anticipated that the defense counsel will be representing his client, in

20  a multi-defendant, multi-day hearing in Fresno County Superior Court.  Said

21  hearing is calendared to commence on June 8, 2011 and continue, until

22  completed, into the week of June 11, 2012.

23         Further, due to the need for a specialized interpreter, defense counsel has

24  been unable to meet with Mr. Pacheco to explain to him the offer of settlement

25  extended by the government.

26         The requested additional time will afford defense counsel an opportunity to

27  meet with Mr. Pacheco, discuss the offer and determine whether the case will be

28  resolved or set for trial.

                                         1

The parties also agree that any delay resulting from this continuance shall be excluded in the interest of justice pursuant to 18 U.S.C. §§3161(h)(1)(A).

DATED:  June 7, 2012              /s/ Kimberly Sanchez
                                  Assistant United States Attorney
                                  **This was agreed to by Ms. Sanchez**
                                  **via email on June 6, 2012**

DATED:  June 7, 2012              /s/ Roger K. Litman
                                  ROGER K. LITMAN
                                  Attorney for Defendant
                                  VICTORIANO PACHECO


        IT IS SO ORDERED.

           **Dated:    June 7, 2012**              **/s/ Dennis L. Beck**
                                            UNITED STATES MAGISTRATE JUDGE