```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  KIMBERLY A. SANCHEZ
    Assistant U.S. Attorney
 3  2500 Tulare Street, Suite 4401
    Fresno, CA 93721
 4  Telephone: (559)497-4000
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 1:11-CR-00376WI-DLB |
| | ) | |
| Plaintiff, | ) | STIPULATION AND |
| | ) | ORDER FOR CONTINUANCE OF STATUS |
| v. | ) | CONFERENCE |
| | ) | |
| ERNESTO SALGADO-GUZMAN, | ) | |
| DEMETRIO CORTEZ-SALGADO, | ) | |
| ZEFERINA SALGADO GUZMAN DE | ) | |
| CORTEZ, | ) | |
| and FLORENCIO MORALES-SOLANO, | ) | |

Defendants.

IT IS HEREBY STIPULATED by and between Benjamin B. Wagner, United States Attorney and Kimberly A. Sanchez, Assistant U.S. Attorney and Yan Shrayberman, attorney for Ernesto Salgado-Guzman, Mark Coleman, attorney for Demetrio Cortez-Salgado, Roger Bonakdar, attorney for Zeferina Salgado Guzman de Cortez, and Hadi Ty Kharazi, attorney for Florencio Morales-Solano, that the status conference set for June 11, 2012 at 1:00 pm be continued to July 23, 2012 at 1:00 pm. The parties have been involved in plea discussions, and need additional time to finalize such discussions. Additionally, codefendant Victorino Bazante-Pacheco requested and was granted a continuance of his status conference to July 23, 2012. The parties

1

will work to be prepared to resolve the matters, agree on a briefing schedule for motions, or agree on a trial date at the next status conference. The parties further request the Court to enter an Order finding that the "ends of justice" served by a continuance outweigh the interest of the public and the defendant in a speedy trial, and that the delay occasioned by such continuance is excluded from the Act's time limits pursuant to 18 U.S.C. § 3161(h)(7)(A).

Dated: June 8, 2012                    Respectfully submitted,

                                       BENJAMIN B. WAGNER
                                       United States Attorney

                                   By  /s/ Kimberly A. Sanchez
                                       KIMBERLY A. SANCHEZ
                                       Assistant U.S. Attorney

Dated: June 8, 2012                    /s/ Yan Shrayberman
                                       YAN SHRAYBERMAN
                                       Attorney for Ernesto Salgado-Guzman

Dated: June 8, 2012                    /s/ Mark Coleman
                                       MARK COLEMAN
                                       Attorney for Demetrio Cortez-Salgado

Dated: June 8, 2012                    /s/ Roger Bonakdar
                                       ROGER BONAKDAR
                                       Attorney for Zeferina Salgado Guzman de Cortez

Dated: June 8, 2012                    /s/ Hadi Ty Kharazi
                                       HADI TY KHARAZI
                                       Attorney for Florencio Morales-Solano

IT IS SO ORDERED.

Dated:   **June 8, 2012**              **/s/ Dennis L. Beck**
                                       UNITED STATES MAGISTRATE JUDGE