BENJAMIN B. WAGNER
United States Attorney
KIMBERLY A. SANCHEZ
Assistant U.S. Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559)497-4000

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 1:11-CR-00376WI-DLB |
| | ) | |
| Plaintiff, | ) | STIPULATION AND |
| | ) | ORDER FOR CONTINUANCE OF STATUS |
| v. | ) | CONFERENCE |
| | ) | |
| ERNESTO SALGADO-GUZMAN, | ) | |
| DEMETRIO CORTEZ-SALGADO, | ) | |
| ZEFERINA SALGADO GUZMAN DE | ) | |
| CORTEZ, | ) | |
| VICTORINO BAZANTE-PACHECO | ) | |
| and FLORENCIO MORALES-SOLANO, | | |
| Defendants. | | |

IT IS HEREBY STIPULATED by and between Benjamin B. Wagner, United States Attorney and Kimberly A. Sanchez, Assistant U.S. Attorney and Yan Shrayberman, attorney for Ernesto Salgado-Guzman, Mark Coleman, attorney for Demetrio Cortez-Salgado, Roger Bonakdar, attorney for Zeferina Salgado Guzman de Cortez, and Hadi Ty Kharazi, attorney for Florencio Morales-Solano, that the status conference set for September 24 at 1:00 pm be continued to October 22, 2012 at 1:00 pm. The parties have been involved in plea discussions, and need additional time to finalize such discussions. Additionally, the government is working with defendant's Florencio Morales-Solano and Victorino Bazante-Pacheco on further investigation involving handwriting analyses, and that examination has not concluded. Codefendant Victorino Bazante-Pacheco requested a continuance of the

1

status conference to October 22, 2012, but the parties did not have all counsels' concurrence in a continuance when the request was filed.  The parties further request the Court to enter an Order finding that the "ends of justice" served by a continuance outweigh the interest of the public and the defendant in a speedy trial, and that the delay occasioned by such continuance is excluded from the Act's time limits pursuant to 18 U.S.C. § 3161(h)(7)(A).

Dated: September 20, 2012               Respectfully submitted,

                                        BENJAMIN B. WAGNER
                                        United States Attorney


                                  By    /s/ Kimberly A. Sanchez
                                        KIMBERLY A. SANCHEZ
                                        Assistant U.S. Attorney

Dated: September 20, 2012               /s/ Yan Shrayberman
                                        YAN SHRAYBERMAN
                                        Attorney for Ernesto Salgado-
                                        Guzman

Dated: September 20, 2012               /s/ Mark Coleman
                                        MARK COLEMAN
                                        Attorney for Demetrio Cortez-
                                        Salgado

Dated: September 20, 2012               /s/ Roger Bonakdar
                                        ROGER BONAKDAR
                                        Attorney for Zeferina Salgado
                                        Guzman de Cortez

Dated: September 20, 2012               /s/ Hadi Ty Kharazi
                                        HADI TY KHARAZI
                                        Attorney for Florencio Morales-
                                        Solano

        IT IS SO ORDERED.

    Dated:   September 21, 2012               /s/ Dennis L. Beck
                                        UNITED STATES MAGISTRATE JUDGE