ROGER K. LITMAN, 57634
Attorney at Law
Civic Center Square
2300 Tulare Street, Suite 230
Fresno, California 93721
Telephone: (559) 237-6000

Attorney for Defendant, VICTORIANO PACHECO

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>VICTORIANO PACHECO,<br><br>    Defendant. | CASE NO. 1:11-CR-00376 DLB<br><br>**STIPULATION AND ORDER REGARDING CONDITIONS OF RELEASE** |

It is hereby agreed to by the Government and Mr. Bazante-Pacheco that the defendant's condition of release regarding electronic monitoring, including CURFEW, shall be vacated. All other previously imposed conditions of release, not in conflict with this order, remain in full force and effect.

DATED: October 2, 2012 /s/ Kimberly Sanchez
Assistant United States Attorney
**This was agreed to by Ms. Sanchez via email on October 1, 2012**

DATED: October 2, 2012 /s/ Roger K. Litman
ROGER K. LITMAN
Attorney for Defendant
VICTORIANO PACHECO

    IT IS SO ORDERED.

    Dated: **October 9, 2012**        /s/ **Dennis L. Beck**
                                                  UNITED STATES MAGISTRATE JUDGE

1