**MARK W. COLEMAN, #117306**
**NUTTALL & COLEMAN**
2445 Capitol Street, Suite 150
FRESNO, CA 93721
PHONE (559) 233-2900
FAX (559) 485-3852

ATTORNEYS FOR Defendant,
DEMETRIO CORTEZ-SALGADO

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

* * * * * * * *

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>DEMETRIO CORTEZ-SALGADO, et al.<br><br>Defendant. | Case No.: 1:11-CR-00376-LJO<br><br>**STIPULATION TO CONTINUE SENTENCING**<br>**AND O R D E R OF DENIAL** |

**IT IS HEREBY STIPULATED** and agreed by and between attorneys for the respective clients that the Sentencing hearing currently on calendar for September 3, 2013, at 8:30 a.m., be continued to September 23, 2013, at 8:30 a.m., or as soon thereafter as is convenient to the court's calendar. This continuance is requested by counsel for Defendant, Demetrio Cortez Salgado, due to the fact that counsel will be out of the office on September 3, 2013.

Dated: August 29, 2013.  Respectfully Submitted,

NUTTALL & COLEMAN

/s/ MARK W. COLEMAN

_____
MARK W. COLEMAN
Attorney for Defendant

Dated: August 29, 2013.       UNITED STATES ATTORNEY'S OFFICE

/s/ KIMBERLY SANCHEZ

KIMBERLY SANCHEZ
Assistant U.S. Attorney

* * * * * * *

**O R D E R**

THE REQUEST IS DENIED. GOOD CAUSE FOR A CONTINUANCE HAS NOT BEEN PROVIDED TO THE COURT (I.E. WHAT THE CONFLICT IS, WHEN IT OCCURRED, ETC). IT IS SO ORDERED.

**Dated:   August 29, 2013**           /s/  Lawrence J. O'Neill
                                                          UNITED STATES DISTRICT JUDGE